**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO:**

**YOUSEF AHMED,**
***individually and on behalf***
***of all those similarly situated,***

**Plaintiff,**

**v.**

**CR FITNESS HOLDINGS, LLC,**

**Defendant.**
________________________________________/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1331, Defendant CR Fitness Holdings, LLC ("CR Fitness") removes this action to the United States District Court for the Southern District of Florida, Miami Division. This Court has federal question jurisdiction because Plaintiff Yousef Ahmed, individually and on behalf of all those similarly situated ("Plaintiff"), seeks to recover damages pursuant to 47 U.S.C. § 227(c). In support of this Notice of Removal, CR Fitness states as follows:

## FACTUAL AND PROCEDURAL BACKGROUND

1. Plaintiff commenced this action against CR Fitness in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court") on June 16, 2026. The State Court action is Case No. 2026-012229-CA-01.

2. Plaintiff's claims arise out CR Fitness's alleged violations of the Telephone Consumer Protection Act of 1991 ("TCPA"), codified at 47 U.S.C. § 227. *See* Compl. ¶¶ 4; 39–54.

3. Copies of all process and pleadings served upon CR Fitness in this action to date are attached hereto as **Exhibit A**. There have been no other process, pleadings, or orders served upon CR Fitness to date other than those contained in **Exhibit A**.

4. CR Fitness was served with process on June 24, 2026. **Exhibit B**. Thus, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354–56 (1999) (for removal purposes, "the 30-day period begins to run on the date a defendant receives formal service of process").

## GROUNDS FOR REMOVAL

6. This action is properly removable under 28 U.S.C. § 1441(a), which provides in pertinent part:

> [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. Pursuant to 28 U.S.C. § 1331, the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This includes the TCPA, which grants district courts jurisdiction over claims brought pursuant to the TCPA. *See* 47 U.S.C. § 227 (g)(2).

8. Plaintiff asserts claims pursuant to alleged violations of the TCPA. *See, e.g.*, Compl. ¶¶ 4; 39–54. Thus, the claims in this action arise under federal law and are, therefore, removable to this Court.

9. Accordingly, this Court has jurisdiction over Plaintiff's claims pursuant to 47 U.S.C. § 227(c). Plaintiff's claims raise federal questions under which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

## REMOVAL PROCEDURE AND VENUE

10. CR Fitness, as the only named defendant, has standing to remove this action pursuant to 28 U.S.C. §§ 1441(a), 1446(a).

11. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a). CR Fitness seeks to remove this case to the Southern District of Florida. The State Court is located within this District and embraces the Miami Division of this Court. *See* 28 U.S.C. § 89(c).

12. This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after CR Fitness received a copy of a summons and complaint on June 24, 2026.

13. Pursuant to 28 U.S.C. § 1446(d), CR Fitness will serve written notice of the filing of this Notice of Removal upon Plaintiff and file a notice of the filing of this Notice of Removal with the Clerk of the State Court.

14. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of CR Fitness's rights to assert any defense, objection, claim, or affirmative matter with respect to Plaintiff's complaint, whether pursuant to Federal Rule of Civil Procedure 8(c), 12(b), or otherwise, all of which are expressly reserved by CR Fitness.

15. CR Fitness reserves the right to supplement this Notice of Removal.

## CONCLUSION

WHEREFORE, CR Fitness respectfully requests that the above-captioned action now pending in the State Court be removed to the United States District Court for the Southern District of Florida, Miami Division, and that this Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted this 24th day of July, 2026.

Dated: July 24, 2026

Respectfully submitted,

*/s/ Alexis M. Buese*

Alexis M. Buese (FBN: 1028599)
Brett M. Wilson (FBN: 1059594)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite 1000
Tampa, FL 33602
T: (813) 559-5500 | F: (813) 229-5946
Primary Email: abuese@bradley.com
Primary Email: bwilson@bradley.com
Secondary Email: mmartinez@bradley.com
Secondary Email: mphilippe@bradley.com

*Counsel for CR Fitness Holdings, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served the foregoing on the following counsel of record via electronic and U.S. mail:

Joseph A. Loochkartt
Zane C. Hedaya
Gerald D. Lane, Jr.
Samuel J. Awad
The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305
joseph@jibraellaw.com
samuel@jibraellaw.com
zane@jibraellaw.com
gerald@jibraelaw.com

*Counsel for Plaintiff*

*<u>/s/ Alexis M. Buese</u>*
Alexis M. Buese